WILLIAM J. MURRAY, ESQ. (SB #087936)
ROBERT P. RICH, ESQ. (SB #104822)
BELZER, HULCHIY & MURRAY
3650 Mt. Diablo Blvd., Suite 130
Lafayette, California 94549
Tel:   (925) 284-9600
Fax:   (925) 284-9630

Attorneys for Plaintiff M&M AUTOMOTIVE GROUP, INC., a California corporation dba OAKLAND MITSUBISHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M&M AUTOMOTIVE GROUP, INC., a California corporation, dba OAKLAND MITSUBISHI,<br><br>Plaintiff,<br><br>vs.<br><br>MITSUBISHI MOTORS OF NORTH AMERICA, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C 06-07696 MMC<br><br>**STIPULATION TO DISMISS RICO CLAIM AND FOR REMAND OF CASE TO CALIFORNIA STATE COURT AND [PROPOSED] ORDER**<br><br>Date:        January 26, 2007<br>Time:        9:00 a.m.<br>Courtroom:   7<br>Judge:       Hon. Maxine M. Chesney |

Plaintiff M&M AUTOMOTIVE GROUP, INC., and Defendant MITSUBISHI MOTORS NORTH AMERICA, INC., named herein as MITSUBISHI MOTORS OF NORTH AMERICA, INC., through their respective counsel herein, stipulate and request that the Court issue an Order as follows:

1.   Plaintiff's Fourth Cause of Action (Civil RICO violations under 18 USC 1962) will be dismissed without prejudice;

2.   The Motions to Dismiss and Strike filed by Defendant and set for hearing on January 26, 2007 will be taken off calendar and the hearing vacated;

3.   The case will be remanded to the Superior Court of the State of California in and for the County of Alameda; and,

4. Within 30 days of notice of the issuance of the Order remanding the case to the Alameda County Superior Court, Plaintiff will file a First Amended Complaint, which will not contain the cause of action for Civil RICO violations.

IT IS SO STIPULATED:

Dated: January 18, 2007                     BELZER, HULCHIY & MURRAY

By: _____/signature/_____
Robert P. Rich
Attorneys for M&M AUTOMOTIVE
GROUP, INC., a California corporation dba
OAKLAND MITSUBISHI

Dated: January 17, 2007                     BINGHAM McCUTCHEN LLP

By: _____/s/_____
Aaron Schur
Attorneys for MITSUBISHI MOTORS
NORTH AMERICA, INC.

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (signature symbols /s/) within this e-filed document.

Dated: January 18, 2007                     _____/signature/_____
Robert P. Rich

# ORDER

Based on the Stipulation of the parties hereinabove, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Fourth Cause of Action (Civil RICO violations under 18 USC 1962) is dismissed without prejudice;

2. The Motions to Dismiss and Strike filed by Defendant and set for hearing on January 26, 2007 are taken off calendar and the hearing is vacated;

3. The case is remanded to the Superior Court of the State of California in and for the County of Alameda; and,

4. Within 30 days of notice of the issuance of the Order remanding the case to the Alameda County Superior Court, Plaintiff will file a First Amended Complaint, which will not contain the cause of action for Civil RICO violations.

Dated: January 18, 2007

_Maxine M. Chesney_
Judge of the United States District Court

F:\DATA\RuthAnn\Murphy\Mitsubishi\USDC Action\Stipulation to Dismiss & Remand.wpd